

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Otha James

No. 06-23-00112-CR

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED JUNE 21, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk